**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN THE MATTER OF:**<br>**CATHY MILAM**<br><br>541 HWY 178 E<br>POTTS CAMP, MS 38659 | **CHAPTER 13 NO:**<br><br>**17-11669-JDW** |

---

### NOTICE TO DEBTOR

---

     NOTICE is hereby given that your plan payment will change from    **$781.50**    **( MONTHLY )** to    **$814.00**    **(MONTHLY )**  effective in  5/2018.   Your plan payment is being remitted **direct .**

     The reason for the changes in your plan payment is:

     _____  Due to a change in your monthly mortgage payment;

     _____  Due to claim being filed for a different amount than scheduled;

     __XXX__  Due to entry of an order;

     _____  Other: _____

     If your **employer is withholding the plan payment from your wages,** you are responsible for remitting the difference, if any, should your employer fail to withhold the new payment.

     If you are paying by **automatic bank draft,** please be sure there are sufficient funds in your account to satisfy the new payment.

     If you are paying **direct,**   please be aware that the Trustee  **DOES NOT**  accept personal checks. You can remit payments online through **https://tfsbillpay.com**  or mail guaranteed funds, in the form of a **cashier's check or money order**  with your **case number and last name** in the description line, to

     Locke D. Barkley
     P.O. BOX 1859
     MEMPHIS, TN 38101-1859

Should you have any questions concerning this, please contact your attorney.

Date:  5/4/2018

| | |
|---|---|
| CC:   SCHNELLER AND LOMENICK, P.A.<br>      P.O. BOX 417<br>      HOLLY SPRINGS, MS 38635 | Respectfully submitted,<br>LOCKE D. BARKLEY<br><br>/s/ Locke D Barkley<br>_____<br>CHAPTER 13 TRUSTEE |

**CERTIFICATE OF SERVICE**

    I do hererby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Date:  5/4/2018

/s/ Locke D Barkley
LOCKE D. BARKLEY
CHAPTER 13 TRUSTEE